




06-20842
CIV-UNGARO-BENAGES
MAGISTRATE JUDGE
O'SULLIVAN

## A FREE MOORISH NATIONAL

United States District Court
Southern District of Florida

Noble Shaheed Akbar Allah-El
2405 Cross Street N.W.         : Petitioner, Pro Se
Atlanta, GA. 30318
(404) 944-4218
                VS.

The City of Miami Police Department
3500 Pan American Drive        : Respondent
Miami, Florida 33133
(305) 250-5360



# Petition:
# Lawsuit for violation of rights. The right to travel, false arrest, false imprisonment and cruel treatment.

U.S. Constitution

(1) Amendment 4 (1791) Prohibits unreasonable search and seizure, and requires a showing of probable cause for the issuance of any search warrant or arrest warrant.

(2) Amendment 5 (1791) requires indictment by a grand jury before any person can be put on trial for a capital or otherwise infamous crime, bans double jeopardy and compulsory self-incrimination. Prohibits the federal government from depriving any person of life, liberty or property without due process of law and prohibits the taking of private property for public use. Without just compensation.

(3) Amendment 9 (1791) states that the listing of specific rights in the constitution is not to be interpreted as suggesting that other rights do not exist or are not equally deserving of protection.

(4) The 1787 Moroccan treaty of peace and friendship and 1787-1836 Barbary Treaties of Tunis, Morocco, Algeria.

(5) The 1790 Sundry free Moors Act.

(6) Geneva Convention 1949 United Nations, Convention Right to travel V.92141 international law federally enforced.

(7) Principal 3 of the United Nations Declaration of the rights of the child. Every child at birth has the right to a name and a nationality.

(8) File of the House of Representatives, resolution number 75 April 17, 1933 Moorish-American society and use of their names.

(9) United Nations Universal Declaration of Human rights Article 14

(10) United Nations: Rights of Indigenous people-International law.

(11) The executive order 13107 Implementation of human rights treaties

(12) The foreign sovereign immunities act 28 U.S.C. 1601.

(13) the convention on International Road Traffic of the 19th day of September 1949

(14) The world court decision, The Hague Netherlands 21st day of January 1958

I Noble Shaheed Akbar Allah-El, am a natural born Aboriginal, Indigenous, divine being of the Moorish Nation affirm the following.

## Plain statement of facts

(1) On Saturday, March 25, 2006 Allah-El was traveling in a locomotive at approximately 4:16 A.M.

(2) While traveling not driving on 79 street N.W. I saw a Miami police car the police car started to pursue Allah-El, I pulled over.

(3) The police officer never stated why I Allah-El was stopped.

(4) The police officer then asked for a driver's license and registration. I Allah-El then made the officer aware that I was not a driver and I was expressing my right to travel. That is guaranteed in the U.S. Constitution Amendment 9 (1791) and The Universal Declaration of Human rights article 13(1) everyone has the right to freedom of movement and residence within the borders of each state. Also the Geneva Convention 1949 United Nations, Convention right to travel V.92141 International law federally enforced. The convention on international Road Traffic of 19th day of September 1949

Allah-El. is a traveler and was traveling on a public road.

Black's Law dictionary, 4th Edition 1891. Travel: to go from one place to another at a distance; to journey; spoken of voluntary change of place. White V. Beazley 1 Barn and Ald.171.

The right to travel is a fundamental right. Random House Webster's Dictionary of Law 2000 Any right expressly guaranteed by the constitution or deemed by the supreme court to be so basic to the concept of liberty as to be protected from government restriction. Areas now denned fundamental include voting and running for office, access to the courts, freedom of travel, freedom of association, and decision making in matters of marriage and procreation.

Allah-El was traveling not driving.

Definition: of A driver Black Law dictionary 4th Edition 1891. Driver : One employed in conducting or operating a coach, carriage, wagon, or other vehicle with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. A person actually doing driving, if employed by owner to drive or driving his own vehicle. Wallace v. Woods, 340 mo. 452,102 S.W. 2d 91, 97

(5) The police offer then said that I did not have a right to travel and that I can preach to the judge. He also asked for my Identification, I handed him My Moorish Nationality card which is registered in the Library of Congress, By C.M. Bey Aa222141

(6) I would like to state that Allah-El is not under any states jurisdiction. The supreme court of the United states in the landmark case Dred Scott V. Sandford 60 us (19 Howard ) 393 (1857) held that negroes slave or free were not included and were not intended to be included in the category of "citizen" as the word was used in the U.S. Constitution according to these facts of the established law of the land. The true Nobles of the Moorish Empire (free moors) were not included and were not intended to be included as citizens (subjects) of the union states.

(7) I Allah-El must also state that the rights to travel is a constitutional, well as a human right. There are numerous cases that prove this fact. Case # 1 "the use of the highway for the purpose of travel and transportation is not a mere privilege but a common fundamental right of which the public and individuals cannot rightfully be deprived" Chicago motor coach v. Chicago 169 Ne. 221 Case # 2 " The right of the citizen to travel upon the public highways and to transport his property there on, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty and the pursuit of happiness" Thompson v. smith 154 se 579 Case # 3 " the right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the 5th amendment" Kent V. Dulles Case # 4 " the right to travel is a well- established common right that does not owe it's existe4nce to the federal government, It is recognized by the courts as a natural right" Schactman V. Dulles 96 app dc 287,255 f2d 938 at 941

(8) After I Allah-El gave the officer my I.D., the officer's back up told him to tell me to step out the car. I was placed in the first officer's car, I was never read my rights are told what I was detained for. 2 hours while still in the cop's car I was arrested and my car was also towed. At the lock up I later find that I was arrested for not having a valid drive's license. At this time I Allah-El suffered, loss of freedom, monetary loss, rights violated and imprisonment because I exercise a fundamental right. This action that was taken by the police officer is a clear violation of the rights that are guaranteed by the U.S. constitution and International law.

(9) Any action by a police officer, officer of the court, public servant of the government official to assert unlawful authority under the color of law will be construed as a direct and willful violation of our constitution, and treaties protected rights and protected to the full extent of natural law. Title 28 USC 17469.

(10) Further more I Allah-el would like to site the following cases:

> Case 1 Hertado v. California 110 us 516 the U.S. supreme court states very plainly: "The state cannot diminish rights of the people".

Case 2 Bennet V. Boggs 1 baldw 60 "statutes that violate the plain and obvious principles of common right and common reason are null and void".

Case 3 "the assertion of federal rights when plainly and reasonably made is not to be defeated under the name of local practice" Davis v. Wechsler, 263 us 22 at 24.

Case 4 "where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them" Miranda V. Arizona, 384 us 436, 491.

Case 5 " the claim and exercise of a constitutional right cannot be converted into a crime" Miller v. US, 230 f 486 at 489.

Case 6 There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights" Shener V. Cullen 481 f 946.

(11) Allah-El is a descendent of the Aboriginal/ Indigenous people (misnamed) Indians who have been here in the so-called America's thousands of years, before the state of Miami. Allah-El is a free Moorish National diplomat and is a true Noble of the Americas In the land of my Moorish forefathers and mothers of Moroccan descent who secured a unalienable and fundamental, unrestricted and unregulated right to travel upon public walkways, and highways and transport our personal and allodia property, dully conveyed, unhindered by any private, corporate or statutory law or department of motor vehicles regulation. 1787 Moroccan Treaty of peace and friendship. This right is supported by the constitution of the United States of America Republic. Article 6 section 2 This constitution and the laws of the united states which shall be made in pursuance thereof; and all treaties made or which shall be made under the authority of the United states, shall be the supreme law of the land: and the judges in every state shall be bound thereby any thing in the constitution or laws of any state to the contrary not withstanding. Allah-El has the right to travel as stated in the constitution of the United States which does not state anything about a driver's license. Allah-El was expressing his human right to travel and individual sovereignty. Individual sovereignty: each individual human being is created with a free will, but the full exercise of this will depends upon reaching adulthood. As an adult the Individual is free to exercise sovereignty. "Responsibility for ones choice's the main thing in being a sovereign individual is the ability to make choices without receiving permission from anyone else this is having complete authority over oneself. Noble Shaheed Akbar Allah-El is a aboriginal/indigenous inhabitants of north America, operating under his own sovereign form of government which has a constitution named the zodiac constitution registered with the library of congress and the department of justice. Allah-El does not need a driver's license to travel on his own land.

Moorish Koran chapter47 verse 6 and 7 (6) the Moabites from the land of Moab who received permission from the pharaohs of Egypt to settle and inhabit north-west Africa; they were the founders and are the true possessors of the present Moroccan empire. With their Canaanite Hittite and Amorite brethren who sojourned from the land of Canaan seeking new homes. (7) Their dominion and inhabitation extended from north-east and

south-west Africa across the great Atlantis even unto the present north, south and central America and also Mexico and the Atlantis island; before the great earthquake which caused the great Atlantic ocean. In 1928, at the pan-American conference was held in Havana, Cuba Noble Drew Ali went to represent the moors. At that conference the mandate for the land mass of greater Amexem [North, Central and South-Central Amexem] misnomer as the North, Central and South America was returned to the Moor.

## Conclusion

Noble Shaheed Akbar Allah-El have provided many facts that my human and constitutional rights was violated by Miami police officers on March 25, 2006. I also have provided many facts that my right to travel under the laws and treaties pertaining to aboriginal and indigenous Moorish Nationals, should be respected by Miami police and is not a crime.

## Remedy Sought

I Noble Shaheed Akbar Allah-El seek a remedy of 25 Million U.S. dollars. For denied the right to travel, false arrest and false imprisonment, unreasonable search and seizure of my private property without due process of law.

## Legal definition of right's

"personal liberty or the right to enjoyment of life and liberty is one the fundamental or natural rights which has been protected by it's inclusion as a guarantee in the various constitutions, which is not derived from or dependent on the u.s. constitution which may not be submitted to a vote and may not depend on the outcome of an election. It is one of the most sacred as the right to private property and is regarded as inalienable" 16 C.J.S. Constitutional Law sect 202 p987

Respectfully filed
by Noble Shaheed Akbar Allah-El

JS 44 (Rev. 11/05)                                    CIVIL COVER SHEET   06-20842

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Noble Shaheed Akbar Allah-El

**DEFENDANTS**
The City of Miami Police Department

CIV-UNGARO
MAGISTRATE JUDGE
O'SULLIVAN

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
2405 Cross Street N.W.
Atlanta, GA. 30318
(404) 944-4218  Pro Se

Attorneys (If Known)
3500 Pan American Drive
Miami, Florida 33133

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☒ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS-- Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☒ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO
JUDGE _____     DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. 1331
Violation of Constitutional rights
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 25 Million
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
Shaheed A. Allah-El
DATE April 3, 2006

**FOR OFFICE USE ONLY**
AMOUNT _____   RECEIPT # _____   IFP _____