06-20842

# UNITED STATES DISTRICT COURT
## Southern District of Florida

CIV-UNGARO-B...

MAGISTRATE JUDGE
O'SULLIVAN

Case Number: _____

NOBLE SHAHEED AKBAR ALLAH-EL

**Plaintiff**

v.

**Defendant** THE CITY OF MIAMI POLICE DEPARTMENT

### APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, NOBLE SHAHEED AKBAR ALLAH-EL declare that I am the (check appropriate box)
(G) petitioner/plaintiff/movant      G other
in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     G Yes     (G) No     (If "No", go to Part 2)
   If "Yes", state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from them _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     G Yes     (G) No
   a. If the answer is "Yes", state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No", state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   U.S. Military
   Aug. 13, 1992                                                                                        1,080 per month

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment     G Yes   (G) No
   b. Rent payments, interest or dividends              G Yes   (G) No
   c. Pensions, annuities or life insurance payments   (G) Yes   G No
   d. Disability or workers compensation payments      G Yes   (G) No
   e. Gifts or inheritances                            G Yes   (G) No
   f. Any other sources                                G Yes   (G) No

If the answer to any of number 3a to 3f is "Yes", describe, each source of money and state the amount received and what you expect you will continue to receive.   VETERAN'S PENSION $990 PER MONTH

AO 240 Reverse (Rev. 10/2002) Application to Proceed without Prepayment of Fees and Affidavit

4. Do you have **any** cash or checking or savings accounts?   G Yes   (G) No
   If "Yes", state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   G Yes   (G) No
   If "Yes", describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_April 3, 2006_  
Date

_Hacheed Akbar Allah-El_  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

  

# A FREE MOORISH NATIONAL

United States District Court
Southern District of Florida

Noble Shaheed Akbar Allah-El
2405 Cross Street N.W.
Atlanta, GA. 30318
(404) 944-4218

vs.

The City of Miami Police Department
3500 Pan American Drive
Miami, Florida 33133
(305) 250-5360

## Affidavit of in Forma Pauperis

I petitioner pro se, Noble Shaheed Akbar Allah-El stand affirm and say that I am a Moorish- American, Aboriginal / Indigenous Washitaw Indian descent, A free Sovereign Moorish National of the Continental United States citizen divine being : pursuant to article 1 section paragraph 3 of the United states Constitution and articles 2,3 and 4 of the free Moorish American Great Seal Zodiac Constitution. I petitioner, pro se Noble Shaheed Allah-El also stand affirm and say that I am unemployed. I am in a state of in forma Pauperis and I am under economic duress. Pursuant to the preamble of the United States Constitution. The constitution and the United States District Court were ordained and established by We the people to "Establish Justice, Promote the general welfare and secure the blessings of liberty to ourselves and our prosperity" Therefore, it is the obligation of the United States District Court to assure a divine being, free Sovereign Moorish National of the continental United States citizen, free access to this court and it's proceedings. In the interest of (Justice) I request the clerk of the United States District court to file my petition, lawsuit without payment of fees, costs or security given there of.

Thank you. Respectfully filed

Noble Shaheed Akbar Allah-El

*[signature]*