UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.06-20842-CIV-UNGARO-BENAGES

NOBLE SHAHEED AKBAR
ALLAH-EL,
    Plaintiff,

vs.

THE CITY OF MIAMI BEACH
POLICE DEPARTMENT,
    Defendant.
_____/



## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis, filed April 3, 2006.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is hereby GRANTED. The litigant is advised that it is his/her responsibility to effect service of process in conformance with the Federal Rules of Civil Procedure. Failure to do so within 120 days of the filing of the complaint will result in a *sua sponte* dismissal of this cause without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of May, 2006.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record