UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20842-CIV-UNGARO-BENAGES

NOBLE SHAHEED AKBAR ALLAH-EL,
    Plaintiff,

vs.

CITY OF MIAMI POLICE DEPARTMENT,
    Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon Defendant's Motion to Quash Service, filed June 23, 2006.

THE COURT has considered the motion, the pertinent portions of the record and is otherwise fully advised in the premises. On June 23, 2006, Defendant filed its motion to quash service. Pursuant to S.D. Fla. L.R. 7.1(C), Plaintiff's response to Defendant's motion to quash service was due no later than July 11, 2006. Plaintiff has failed to file a timely response. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff shall file a response to Defendant's motion to quash service no later than **12:00p.m. on Friday, July 28, 2006.** Plaintiff is cautioned that if he fails to adequately defend the pending motion by 12:00p.m. on July 28, 2006, the Court will dismiss the case without further notice. It is further

ORDERED AND ADJUDGED that the planning and scheduling conference set for July 21, 2006 is reset for **Friday, August 25, 2006 at 11:00 a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this __17__ day of July, 2006.

                URSULA UNGARO-BENAGES
                UNITED STATES DISTRICT JUDGE

copies provided by fax:
Counsel of record