UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 06-20842-Civ-UUB

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DE#8
Docket Clerk CT

United States District
          Court
Southern District of Florida
   Case No. 06-20842-Ungaro-Benages

Noble Shaheed Akbar Allah-El
     Plaintiff, pro se

     v.s.
City of Miami Police Department
         Defendant

     Response to Defendant's
Motion to Quash Serive, filed
June 23, 2006.

The defendant states that the
complaint was not properly
serviced according to Rules 4
and 12 of the Federal Rules of
Civil Procedure. The defendant
states that, the plaintiff did not
prepare a summons as required

P3(2)

by Rule 4 of Federal Rules of Civil Procedure.

There was no summons serviced on the defendant because, there was no summons issuance to the plaintiff by the Clerk of Courts according to the Federal Rules of Civil Procedure.

Rule 4(A) Summons Issuance upon the filing of the complaint the clerk shall forthwith issue a summons and deliver the summons to the plaintiff's attorney, who shall be responsible for prompt service of the summons and a copy of the complaint. Upon request of the plaintiff separate or additional summons shall issue against any defendants.

PS(3)

THEREfore the Clerk of Court and Court officals, or in Error in this subject Matter.

Furthermore Considering 48.111(6) of the Florida statutes. MENDOZA v. City of Miami 483 F.2d 430, 431 (5th Cir. 1973) (Personal service upon wife of Cheif Executive officer of city improper under section 48.111). Cambridge Mutual fire Insurance Co. v City of Claxton, GA. 720 F.2d 1230, 1232 (11th Cir 1983) action against city dismissed with prejudice where, although City had actual Notice, process was improperly served by Mail, ~~instead~~
s

These 2 cases or applicable state rules, they offer No Neglect on the Plaintiff. Futhermore

PS(4)

FEDERAL RULES SUPERSEDE, STATE RULES. ARTICLE VI U.S. CONSTITUTION SECTION (2) THIS CONSTITUTION, AND THE LAWS OF THE UNITED STATES WHICH SHALL BE MADE, UNDER THE AUTHORITY OF THE UNITED STATES, <u>SHALL BE THE SUPREME LAW OF THE LAND; AND THE JUDGES IN EVERY STATE SHALL BE BOUND THEREBY ANY THING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE CONTRARY NOTWITHSTANDING.</u>

THEREFOR THE PLANITIFF HAS A RIGHT TO BE HEARD IN THIS COURT. U.S. CONSTITUTION AMENDMENT (7) (1791) IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED 20 DOLLARS THE RIGHT OF TRIAL BY JURY SHALL BE PRESERVED, AND NO FACT TRIED BY A JURY, SHALL BE

pg (5)

otherwise re-examined in any court of the United States, than according to the rules of the common law.

Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. <u>Miranda vs. Arizona 384 U.S. 436, 491</u>

Legal definition of SUMMONS.

Black's Law dictionary 4ed. 1891

Under code procedure a summons is not process, but is a notice to defendant that an action against him has been commenced and that judgement will be

PSC 61

taken against him if he fails to answer the complaint Flanary v. Kusha 143 Minn 308, 173 N.W. 652; United States v. Van Dusen, C.C.A. Minn., 78 F.2d 121, 124.

Black's Law Dictionary 4ed 1891

<u>SUMMONS and SEVERANCE</u>

The proper name of what is distinguished in the books by the name of "Summons and Severance" is "Severance" for the Summons is only a process which must in certain cases, issue before judgment of severance can be given; while severance is a judgment by which one or more of parties joined in action is enabled to proceed without the other or others. Jacob.

p(i)

Black's Law dictionary 4th Ed.

Service of process. THE SERVICE OF WRITS, SUMMONSES, RULES, ETC, SIGNIFIES THE DELIVERING to or leaving them with the party to Whom or with Whom they ought to be delivered or left and when they are so delivered, they are then said to have been served. Usually a copy only is served and the original is shown.

respectfully filed.
Noble Shaheed A. Allah
Shaheed A. Black-El

July 23, 2006