UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.06-20842-CIV-UNGARO-BENAGES

NOBLE SHAHEED AKBAR ALLAH-El,

    Plaintiff(s),

vs.

CITY OF MIAMI POLICE DEPARTMENT,

    Defendant(s).
_____/



### ORDER GRANTING DEFENDANT'S MOTION TO QUASH SERVICE AND ORDER TO EFFECT SERVICE OF PROCESS

THIS CAUSE came before the Court upon Defendant's Motion to Quash Service, filed June 23, 2006. Plaintiff filed his response on July 27, 2006. No reply was filed.

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

By way of background, Plaintiff mailed a copy of his complaint via certified mail to the City of Miami Police Department, 3500 Pan American Drive, Miami, Florida 33133. Pursuant to Federal Rule of Civil Procedure 4(j)(2), Plaintiff was required to deliver a copy of the complaint *and* summons to Defendant's chief executive officer or, pursuant to Fla. Stat. 48.111, Plaintiff could have served the mayor, vice mayor or any member of the governing board, council or commission. Plaintiff failed to comply with either provision in that he failed to personally serve the Defendant and failed to include a summons pursuant to Federal Rule of Civil Procedure 4(a) and 4(b). Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion is GRANTED. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL effect service of process upon Defendant in accordance with Rule 4(j)(2) and file proof thereof with this Court no later than **Monday August 28, 2006.** Failure to comply will result in dismissal without further notice.