# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-20842-CIV-UNGARO-BENAGES

Plaintiff: NOBLE SHAHEED AKBAR ALLAH-EL

v.

Defendant: City of Miami Police Department

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

By serving City of Miami Police Department
Mayor Manny Diaz
Office of the City Clerk
3500 Pan American Drive
Miami, Florida 33133

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Noble Shaheed A. Allah-El
1822 Dodson Dr. SW
Atlanta, GA. 30311

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE: AUG 18 2006

CLERK: Susan Westerbach
(BY) DEPUTY CLERK