AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-20842-CIV-UNGARO-BENAGES

Noble Shaheed Akbar Allah-El

Plaintiff

v.

Defendant: City of Miami Police Department

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

By serving City of Miami Police Department
Jorge L. Fernandez, City Attorney
Christopher A. Green, Ass. City Atty
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Noble Shaheed A. Allah-El
1822 Dodson Dr. SW
Atlanta, GA. 30311

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 18 2006

CLERK

DATE

(BY) DEPUTY CLERK