| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 24 AUG 2006 |
| NAME OF SERVER (PRINT) NOBLE SHAHEED A. ALLAH-EL | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: OFFICE OF MAYOR 3500 PAN AMERICAN DRIVE, MIAMI, FLORIDA

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MAYOR Receptionist Maito Igualada

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 24 AUG 2006
           Date

Shaheed A. Allah-El
Signature of Server

1822 Dodson Dr. SW
Address of Server

Maite Igualada
Mayor
Receptionist

1 of the Federal Rules of Civil Procedure.