UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20842-CIV-Ungaro-Benages

NOBLE SHEHEED AKBAR ALLAH-EL,

    Plaintiff,

vs.

CITY OF MIAMI POLICE DEPT.,
et al.,

    Defendant(s).
_____/

ORDER RE-SETTING INITIAL
SCHEDULING AND PLANNING
CONFERENCE

THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. District Court, 301 N. Miami Avenue, Miami, Florida 33128, 11th Floor on **SEPTEMBER 15, 2006 at 11:00 A.M.**

DONE AND ORDERED at Miami, Florida this ___28___ day of August, 2006.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

v

