UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20842-CIV-UNGARO-BENAGES

NOBLE SHAHEED AKBAR ALLAH-EL,
    Plaintiff,

vs.

CITY OF MIAMI POLICE DEPARTMENT,
    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED. It is further

ORDERED AND ADJUDGED that all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of September, 2006.

                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE