UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 06-20842-CIV-UNGARO-BENAGES
MAGISTRATE JUDGE O'SULLIVAN

NOBLE SHAHEED AKBAR ALLAH-EL,

   Plaintiff,

vs.

CITY OF MIAMI POLICE DEPARTMENT,

   Defendant.
_____/



## DEFENDANT'S PROPOSED SCHEDULING REPORT[1]

Defendant CITY OF MIAMI POLICE DEPARTMENT, by and through undersigned counsel, and pursuant to Local Rule 16.1, hereby files its proposed scheduling report.

**A. Likelihood of Settlement**

Settlement has not been discussed with Plaintiff, who is proceeding *pro se*. Based on the current pleadings and the facts as alleged, settlement is unlikely.

**B. Likelihood of Appearance in the Action of Additional Parties**

Defendant submits it is not the proper party and anticipates that additional parties may be added to this action.

**C. Proposed Limits on the Time:**

    (i) **To Join other Parties and to amend the pleadings:**

---

[1] Plaintiff resides in Georgia and undersigned counsel does not have a telephone number for him. In a letter dated September 1, 2006, defense counsel notified Plaintiff of the need for the parties to discuss the preparation a joint scheduling report. To date, Plaintiff has not replied to this correspondence. Therefore, Defendant has filed this unilateral scheduling report.

cag:Document 49896

Noble Shaheed Akbar Allah-El vs. City of Miami Police Department
CASE NO.: 06-20842-CIV-Ungaro-Benages

> Defendant agrees that the joinder of other parties and/or amendments to the pleadings, if any, shall be made no later than **October 20, 2006**.
>
> (ii) <u>**To File and Hear Motions**</u>; and
>
> The Defendant requests that the deadline for the filing of any dispositive motions be **January 31, 2007**.
>
> (iii) <u>**To Complete Discovery**</u>
>
> Defendant suggests that all fact and expert discovery can reasonable be completed by **December 31, 2006**.

D. **<u>Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment</u>**

Defendant does not have any proposals for the formulation and simplification of issues. However, Defendant requests that the deadline for the filing of any dispositive motions be **January 31, 2007**.

E. **<u>The Necessity or Desirability of Amendments to the Pleadings</u>**

Defendant has moved to dismiss the complaint with prejudice and submits that the facts as alleged by Plaintiff thus far will not support a cause of action.

Amendments to the Pleadings will be necessary if the case is to proceed.

F. **<u>The Possibility of Obtaining Admissions of Fact and Documents Which Will Avoid Unnecessary Proof, Stipulation Regarding Authenticity of Documents and the Need for Advance Rulings from the Court on Admissibility of Evidence</u>**

Defendant will endeavor to obtain admissions and stipulate as to the authenticity and admissibility of documents to avoid unnecessary evidentiary issues. The

Case 1:06-cv-20842-UU Document 17 Entered on FLSD Docket 09/13/2006 Page 3 of 4
Noble Shaheed Akbar Allah-El vs. City of Miami Police Department
CASE NO.: 06-20842-CIV-Ungaro-Benages

Defendant anticipates the necessity of filing motions *in limine* to address evidentiary issues which may arise during discovery.

### G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence

Defendant will request the Court take judicial notice of the criminal court documents arising from the underlying prosecution of Plaintiff for driving without a driver's license.

### H. Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master

Defendant consents to referring non-dispositive pretrial matters to the Magistrate Judge. However, Defendant requests that dispositive motions and the trial of this matter be conducted before the District Court Judge.

### I. A Preliminary Estimate of the Time Required for Trial

Defendant submits that this case should be assigned to the Standard Management Track and that this case will not require the use of the Manual for Complex Litigation. Defendant estimates that the trial of this matter will be completed in two days.

### J. Requested Dates or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial

Defendant suggests that this matter be scheduled for trial commencing **March 5, 2007**. Defendant further suggests and proposes that jury instructions should be submitted no later than **February 21, 2007**. The Defendant suggests and proposes that the final pretrial conference be set for **February 21, 2007**.

### K. Any Other Information that Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference

Noble Shaheed Akbar Allah-El vs. City of Miami Police Department
CASE NO.: 06-20842-CIV-Ungaro-Benages

None at this time.

Respectfully submitted,

JORGE L. FERNANDEZ, City Attorney
Christopher A. Green, Assistant City Attorney
Attorneys for Defendant
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801

By: /s/
Christopher A. Green
Assistant City Attorney
Florida Bar No. 957917

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the below listed by mail this 12th day of September, 2006:

**Noble Shaheed Akbar Allah-El, pro se**
2405 Cross Street N.W.
Atlanta, GA 30318

By: /s/
Christopher A. Green
Assistant City Attorney
Florida Bar No. 957917